# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CR 25-45-M-DLC |
| Plaintiff, | ORDER |
| vs. | |
| **RICHARD TRENT NYGAARD,** | |
| Defendant. | |

Upon Petition of Jennifer S. Clark, Assistant United States Attorney for the District of Montana, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Clerk of this Court issue a Writ of Habeas Corpus (For Prosecution) directing the Warden of the Montana State Prison, the United States Marshal for the District of Montana, and the Commander of the Missoula County Detention to produce RICHARD TRENT NYGAARD, before the Court at the Magistrate Judge's Courtroom in Missoula, Montana, at 1:30 p.m. on October 14, 2025, and RICHARD TRENT NYGAARD to stay in federal custody until Judgment in this cause is issued.  RICHARD TRENT NYGAARD shall then be returned to the custody of the Warden, Montana State Prison, Deer Lodge, Montana.

DATED this 6th day of October, 2025.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1