IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR 25–45–M–DLC |
| vs. | |
| RICHARD TRENT NYGAARD, | ORDER |
| Defendant. | |

Before the Court is the United States' motion to allow an out-of-time filing of its expert disclosure. (Doc. 60.) The expert documents have been disclosed in discovery. Defense counsel does not oppose. (*Id.* at 1.)

Accordingly, IT IS ORDERED that the United States shall file its expert disclosure by end of day, December 19, 2025.

DATED this 19th day of December, 2025.

Dana L. Christensen, District Judge
United States District Court

1